IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 3:16CR185 |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES G. CARR |
| | ) | |
| v. | ) | |
| | ) | |
| RICHARD HACK, | ) | |
| | ) | |
| Defendant. | ) | <u>PRELIMINARY ORDER OF FORFEITURE</u> |

1. On June 1, 2016, a federal grand jury sitting in this district returned a one-count Indictment against Richard Hack, charging him with a violation of 18 U.S.C. § 2252(a)(2).

2. The Indictment further sought forfeiture pursuant to 18 U.S.C. § 2253 of any book, magazine, periodical, film, videotape, and/or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110; and/or any property, real, or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and/or property, real or personal, used or intended to be used to commit or to promote the commission of such offense

or any property traceable to such property; including, but not limited to the following:

    a. Custom built desktop, 10 gb, no serial number because built by the defendant, seized from his residence on April 24, 2015;

    b. WD External hard drive, 640 gb, serial number wcatr0280079, seized from his residence on April 24, 2015;

    c. WD External hard drive, serial number wcaza0892082, seized from his residence on April 24, 2015;

    d. Sony Vaio laptop comuter, serial number C102D49K, seized from defendant's motel room on April 24, 2015;

    e. Sandisk USB Dive, serial number SDCZ36-016G, seized from defendant's motel room on April 24, 2015.

3. On December 7, 2016, in open court, Richard Hack pled guilty to the Indictment and agreed to the forfeiture of:

    a. Custom built desktop, 10 gb, no serial number because built by the defendant, seized from his residence on April 24, 2015;

    b. WD External hard drive, 640 gb, serial number wcatr0280079, seized from his residence on April 24, 2015;

    c. WD External hard drive, serial number wcaza0892082, seized from his residence on April 24, 2015;

    d. Sony Vaio laptop comuter, serial number C102D49K, seized from defendant's motel room on April 24, 2015;

e.  Sandisk USB Dive, serial number SDCZ36-016G, seized from defendant's motel room on April 24, 2015.

4. By virtue of the foregoing, the United States is entitled to possession of the property pursuant to 18 U.S.C. § 2253.

Accordingly, it is hereby ORDERED, ADJUDGED AND DECREED:

1. The United States is hereby authorized to seize the following properties, and they are hereby forfeited to the United States for disposition in accordance with law, subject to the provisions of 21 U.S.C. § 853(n):

   a.  Custom built desktop, 10 gb, no serial number because built by the defendant, seized from his residence on April 24, 2015;

   b.  WD External hard drive, 640 gb, serial number wcatr0280079, seized from his residence on April 24, 2015;

   c.  WD External hard drive, serial number wcaza0892082, seized from his residence on April 24, 2015;

   d.  Sony Vaio laptop comuter, serial number C102D49K, seized from defendant's motel room on April 24, 2015;

   e.  Sandisk USB Dive, serial number SDCZ36-016G, seized from defendant's motel room on April 24, 2015.

2. The above forfeited properties are to be held by the United States in its secure custody and control.

3.     Pursuant to 21 U.S.C. § 853(n)(1), the United States forthwith shall publish, on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, notice of this Order, notice of the intent of the United States to dispose of the forfeited properties in such manner as the Attorney General may direct, and notice that any person, other than defendant, Richard Hack, having or claiming a legal interest in the forfeited properties, must file a petition with the Court within thirty (30) days of the final publication of notice or of receipt of any actual notice, whichever is earlier.

This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the forfeited properties, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited properties, and any additional facts supporting the petitioner's claim and the relief sought.

The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the forfeited subject properties, as a substitute for published notice as to those persons so notified.

4. Upon adjudication of any and all third party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n).

IT IS SO ORDERED this 24th day of May, 2017.

/s/ James G. Carr
JAMES G. CARR
UNITED STATES DISTRICT JUDGE